IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| NATHAN GENZER<br>    Plaintiff | §<br>§<br>§<br>§   CIVIL ACTION NO. 3:13-CV-058<br>§<br>§<br>§<br>§ |
| ROBERT PIERCE<br>    Defendant | |

## ORDER ON STIPULATION OF DISMISSAL

ON THIS DATE, came to be heard the parties' Stipulation of Dismissal with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court, after considering the Stipulation, the pleadings, the record, the argument of counsel and the agreement of the parties, is of the opinion that the Stipulation of Dismissal with Prejudice should be GRANTED.

**IT IS THEREFORE ORDERED** that:

1. This case be **DISMISSED WITH PREJUDICE** and

2. All parties will bear their own costs.

SIGNED AND ENTERED this 5th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE